# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

LINAMAR CORPORATION,
a Canadian corporation,

        Plaintiff,        Court File No. 09-cv-01374 (PAM/LIB)

v.        **ORDER**

PROGRESS CASTING GROUP, INC.,
a Minnesota Corporation

        Defendant.

---

Based on the Stipulation of the parties [Docket No. 54], it is

HEREBY ORDERED:

    That the Stipulation of Dismissal with Prejudice [Docket No. 54] is APPROVED,

and that:

    A.    This action and all claims advanced by any party herein should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41; and
    B.    Each party shall bear its own attorneys' fees and costs.

        BY THE COURT

Dated: January 25, 2011        s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        District Court Judge